IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00412-MSK-MJW

DAKOTA RESOURCE COUNCIL,

      Plaintiff,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

      Defendant.
_____

**ORDER SETTING FED. R. CIV. P. 16(B) CONFERENCE**
_____

**THIS MATTER** comes before the Court upon a Complaint filed by the Plaintiff for

declaratory and injunctive relief under the Administrative Procedures Act, 5 U.S.C. § 706.  In

light thereof, a scheduling conference pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR

16.1 is necessary.

**IT IS ORDERED**:

(1)      A scheduling conference is set for **Friday, June 9, 2006** at **4:00 p.m.** in

      Courtroom A-901 of the United States Courthouse located at 901 19th Street,

      Denver, Colorado.  The parties shall **not** prepare or submit a proposed scheduling

      order. However, in conformance with D.C.COLO.LCivR 16.1, counsel who will

      try the case shall attend the conference.

(2)      At the scheduling conference, the parties shall be prepared to address the

      following:

      (a)      Standard of Review and Burden of Proof:

- The applicable standard of review and burden of proof with regard to each claim asserted by the Plaintiff

(b)     Administrative Record:
- What documents comprise the administrative record?
- How much time do the parties need to compile and submit the administrative record?

(c)     Discovery:
- Is there a need for discovery?

(d)     Any other issues enumerated in Fed. R. Civ. P. 16(c).

Dated this 7th day of April, 2006

BY THE COURT:

Marcia S. Krieger
United States District Judge