IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00412-MSK-MJW

DAKOTA RESOURCE COUNCIL,

    Plaintiff,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

    Defendant.

_____

## ORDER
_____

The parties are hereby advised, that the Motion of the State of North Dakota and North Dakota Department of Health **(#8)** to intervene, will **not** be heard at the Rule 16 conference scheduled for June 9, 2006.

Dated this 22nd day of May 2006.

                          **BY THE COURT:**

                          */s/ Marcia S. Krieger*
                          _____

                          Marcia S. Krieger
                          United States District Judge