IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00412-MSK-MJW

DAKOTA RESOURCE COUNCIL,

        Plaintiff,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

        Defendant.

## ORDER GRANTING LIGNITE ENERGY COUNCIL'S UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED REPLY

**THIS MATTER** comes before the Court on Lignite Energy Council's ("LEC") Unopposed Motion for Leave to File Corrected Reply (the "Motion"). Having considered the same,

The Court finds and concludes that:

Good cause exists for allowing LEC to file its corrected reply to defendant Environmental Protection Agency's ("EPA") Response to LEC's Motion to Intervene.

**IT IS THEREFORE ORDERED** that LEC is granted leave to file its corrected reply. LEC's corrected reply, filed as an attachment to the Motion, shall be accepted in substitution for the reply filed June 23, 2006 (**# 24**).

Dated this 7th day of July, 2006.

                              **BY THE COURT:**

                              Marcia S. Krieger
                              United States District Judge