IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00412-MSK-MJW

DAKOTA RESOURCE COUNCIL,

       Plaintiff,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

       Defendant.

_____

## ORDER GRANTING MOTION TO DISMISS
_____

**THIS MATTER** comes before the Court pursuant to the Defendant's Motion to Dismiss

**(# 31)**.  No responsive papers have been filed.

The Plaintiff commenced this action seeking a declaration that the Defendant had failed to

act upon the Plaintiff's petition within a reasonable time, and an order directing the Defendant to

act upon that petition.  On September 28, 2006, the Defendant filed the instant Motion to Dismiss

**(# 31)**, noting that it had ruled on the Plaintiff's petition on August 18, 2006.  The Defendant

argued that its ruling on the petition mooted any claim for mandamus relief, and that the Plaintiff's

claim for declaratory relief and attorney's fees lacked any independent jurisdictional basis.

The Plaintiff does not dispute that the August 18, 2006 ruling on the petition moots any

claim for mandamus relief, and has not come forward to carry its burden of establishing the

Court's subject-matter jurisdiction over the remaining claims.  *Montoya v. Chao*, 269 F.3d 952,

955 (10th Cir. 2002).  Accordingly, the Defendant's Motion to Dismiss **(# 31)** is **GRANTED**.

The Complaint **(# 1)** is **DISMISSED** as moot and for lack of subject-matter jurisdiction.  The

Clerk of the Court is directed to close this case.

Dated this 24th day of October, 2006

**BY THE COURT:**

Marcia S. Krieger
United States District Judge